IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PHILLIP DEWAYNE STEWART
ADC # 151956                                                                      PLAINTIFF

v.                          5:14-cv-234-DPM-JJV

SHIRLEY ELLINGBURG; JOHN FELTS;
JIMMY WALLACE; RICHARD MAYS JR;
JOSEPH PEACOCK; BELKINS; BROWN;
ABRAHAM CARPENTER; DAWN B VANDIVER;
C ROBINSON; and RAY HOBBS                                              DEFENDANTS

ORDER

I recuse. Joe Peacock, who served on my campaign committee for the Arkansas Court of Appeals, is a defendant named in his individual and official capacities. The Clerk shall reassign this case at random.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 June 2014